IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-195 |
| | ) | |
| JAMES HARRIS | ) | |

**ORDER OF COURT**

AND NOW, this 25 day of day of March, 2011, upon consideration of the foregoing Consent Motion to Amend Conditions of Release, it is hereby ORDERED that the Motion is GRANTED; it is FURTHER ORDERED that the condition of a curfew with electronic monitoring is hereby ELIMINATED, with all other terms and conditions of the defendant's release to remain in full force and effect.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record
    U.S. Pretrial Services