IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 10-195
)
JAMES HARRIS )

**ORDER OF COURT**

AND NOW, to-wit, this 5th day of Aug, 2011, upon consideration of the within Motion to Extend Geographical Conditions of Bond, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED; it is FURTHER ORDERED that the defendant's conditions of release are modified to permit Mr. Harris to travel to Ocala, Florida between August 11, 2011 and August 14, 2011. Mr. Harris shall remain in contact with Pretrial Services as directed.

_____
Gary L Lancaster
Chief United States District Judge

cc: Counsel of Record
    U.S. Pretrial Services